IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BLUE MAKO, INC., )
)
          Plaintiff, )
)
    v. ) 1:06CV00222
)
JIM MINIDIS, LYNN MINIDIS, )
RED BRICK PIZZA WORLDWIDE, INC., )
a California Corporation, )
RED BRICK PIZZA, INC., a )
California Corporation, )
DON DRYSDALE, MARY DOUSETTE, )
and MICHAEL MARSH, )
)
          Defendants. )

**O R D E R**

Earlier in this case, plaintiff had requested an extension of time to respond to defendants' motion to dismiss or transfer. Upon looking at the case, the Court finds that this decision is not in the interest of judicial economy and, therefore, that order will be vacated and plaintiff shall be required to file a response within twenty days.

**IT IS THEREFORE ORDERED** that this Court's Order of April 13, 2006 (docket no. 17) allowing plaintiff to have thirty days after the Court rules on plaintiff's motion to remand is hereby vacated and plaintiff shall file a response to the motion to dismiss or transfer within twenty days from the date of this Order.

                                         /s/ Russell A. Eliason
                                    United States Magistrate Judge

September 7, 2006