IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BLUE MAKO, INCORPORATED, )
)
                Plaintiff, )
)
      v. ) 1:06CV222
)
JIM MINIDIS, LYNN MINIDIS, RED )
BRICK PIZZA WORLDWIDE, INC., a )
California corporation, RED BRICK )
PIZZA, INC., a California )
corporation, DON DRYSDALE, )
MARY DOUSETTE and MICHAEL MARSH, )
)
                Defendants. )

**O R D E R**

On December 21, 2006, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to remand (docket no. 15) is denied.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss this action for lack of personal jurisdiction (docket no. 5) is denied as to Defendants Jim Minidis and Red Brick Pizza Worldwide, Inc., and denied for being moot as to the other Defendants because, in the alternative,

**IT IS FURTHER ORDERED** that this case be transferred pursuant to 28 U.S.C. § 1404 to the Central District of California. The Clerk is hereby directed to send the record and a certified copy of

this Order to the Clerk of Court for the Central District of California.

This the day of January 23, 2007

                                                   <u>/s/ N. Carlton Tilley, Jr.</u>
                                                      United States District Judge